CHARLES W. L. ROCHE et al., respondents,

*v.*

GEORGE HOYT et al., appellants.

[Submitted March 26th, 1907.   Decided November 18th, 1907.]

On appeal from a decree of the court of chancery, made by the chancellor, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 323.*

*Mr. William A. Lord,* for the appellants.

*Messrs. E. C. & A. W. Harris,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed by the chancellor in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.